## Bennie WILLIAMS v. STATE.
### No. 18046.

Court of Criminal Appeals of Texas.
Jan. 8, 1936.

Robert W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

## Bennie WILLIAMS v. STATE.
### No. 18047.

Court of Criminal Appeals of Texas.
Jan. 8, 1936.

Robert W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The evidence heard upon the trial is not brought forward for review. A plea of guilty was entered by the appellant. No error in the conduct of the trial has been perceived or pointed out.

The judgment is affirmed.

## Bennie WILLIAMS v. STATE (two cases).
### Nos. 18048, 18049.

Court of Criminal Appeals of Texas.
Jan. 8, 1936.

Robert W. Dean, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.